UNITED STATES DISTRICT COURT   JS - 6
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

| Case No. | CV 16-321 DSF (JEMx) | Date | 1/28/16 |
|---|---|---|---|
| Title | Los Angeles County Department of Children and Family Services v. Ruth Apraku, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (In Chambers) Order REMANDING Case to State Court

     This juvenile dependency petition was removed to federal court on January 14, 2016.  The Court has no subject matter jurisdiction over the matter.  The notice of removal suggests that civil rights removal may apply, but there is no basis provided for that claim.  Civil rights removal under 28 U.S.C. § 1443(1) requires "[f]irst, [that] the [defendants] must assert, as a defense to the prosecution, rights that are given to them by explicit statutory enactment protecting equal racial civil rights [and] [s]econd, that [the defendants] must assert that the state courts will not enforce that right, and that allegation must be supported by reference to a state statute or a constitutional provision that purports to command the state courts to ignore the federal rights."  Patel v. Del Taco, Inc., 446 F.3d 996, 999 (9th Cir. 2006) (quoting California v. Sandoval, 434 F.2d 635, 636 (9th Cir.1970)).

     IT IS SO ORDERED.